ACCEPTED
01-15-00388
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 4:55:42 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00388-CV

**IN THE COURT OF APPEALS**
**FOR THE FIRST JUDICIAL DISTRICT**
**OF TEXAS AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 4:55:42 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE INTEREST OF**
**M.A.B., IV**

**M.A.B, JR.,**
**APPELLANT**

**VS.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,**
**APPELLEE**

**ON APPEAL FROM THE 314TH**
**DISTRICT COURT OF HARRIS COUNTY, TEXAS**
**TRIAL COURT CAUSE NO. 2014-00044J**

**MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLANT'S BRIEF AND TO SECURE FULL RECORD**

COMES NOW, WILLIAM B. CONNOLLY, Appellate Counsel and Attorney for Appellant, M.A.B., JR., and files this his Motion for Extension of Time to File Appellant's Brief and to Secure Full Record and in support thereof would respectfully show the Court the following:

2015.07.20 MTN EXT TIME.wpd

## I.
## MOTION FOR EXTENSION OF TIME

Mindful of the Court's Order, Appellant's counsel has been diligently attempting to get the full record before the Court so that briefing could contain correct and proper references to the record. Appellant's counsel is diligently working on Appellant's Brief, which is due on July 20, 2015. Appellant's counsel filed a Motion for Supplemental Clerk's Record on July 13, 2015. On July 17, 2015, this Court granted the Motion and ordered that the Supplemental Clerk's Record be filed within two (2) days of the date of the Order. Although the District Clerk filed a Supplemental Clerk's Record on July 17, 2015, it is severely deficient and contains merely three (3) documents. This Supplemental Clerk's Record is not in compliance with the documents requested in Appellant's Motion and Ordered by this Court. Appellant's counsel has also been attempting to get the Exhibits from the June 30, 2015 Hearing added to the record of this Court. In this regard, Appellant has on this date filed a Motion to Supplement the Reporter's Record With the Exhibits From Hearing Following Abatement . In light of the Clerk's non-compliance with this Court's Order of Supplementation and the missing Exhibits from the Hearing, it is impossible for Appellant's counsel to timely complete Appellant's Brief before July 20, 2013.

Accordingly, Appellant requests the Court to order the record be supplemented and to set a new timetable in conjunction with these Orders so that the Brief can be properly prepared and presented.

## II.
## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Court grant this Motion for Extension of Time to File Appellant's Brief and to Secure Full Record.

Appellant prays for general relief.

Respectfully submitted,

CONNOLLY & SHIREMAN, LLP

/s/ William B. Connolly
William B. Connolly
State Bar No. 04702400
2930 Revere, Suite 300
Houston, Texas 77098
Telephone (713) 520-5757
Facsimile  (713) 520-6644
wbc@conlawfirm.com

ATTORNEY FOR M.A.B., JR.

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties — which are listed below — about the merits of this Motion with the following results:

Sandra Hachem, Attorney for TDFPS:

☐      opposes motion
☐      does not oppose motion
☐      agrees with motion
☐      would not say whether motion is opposed
X      did not return my messages regarding the motion

John Spjut, Attorney Ad Litem for the Child:

☐      opposes motion
☐      does not oppose motion
☐      agrees with motion
☐      would not say whether motion is opposed
X      did not return my messages regarding the motion

/s/William B. Connolly
William B. Connolly

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Motion was served on:

Sandra Hachem, Attorney for DFPS, 1019 Congress, 17th Floor, Houston, Texas 77002 – *via e-mail Sandra.Hachem@cao.hctx.net*; and

John Spjut, Attorney Ad Litem for Child, 10924 Grant Road, Suite 623, Houston, Texas 77070 – *via e-mail spjutlaw@sbcglobal.net*

on this the ___20th___ day of July, 2015.

/s/ William B. Connolly
William B. Connolly